

# NUMBER 13-13-00586-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

| | |
|---|---|
| **NITA HARMON SMITH,** | **APPELLANT,** |

**v.**

| | |
|---|---|
| **PADRE ISLES PROPERTY OWNERS ASSOCIATION, INC.,** | **APPELLEE.** |

### On Appeal from the 28th District Court of Nueces County, Texas.

## MEMORANDUM OPINION

### Before Justices Rodriguez, Garza, and Perkes
### Memorandum Opinion Per Curiam

Appellant, Nita Harmon Smith, perfected an appeal from a judgment entered by the 28th District Court of Nueces County, Texas, in cause number 2012-DCV-1661-A. Appellant has filed an unopposed motion to dismiss the appeal on grounds that the

parties have reached an agreement to settle and compromise their differences. Appellant requests that this Court dismiss the appeal with prejudice.

The Court, having considered the documents on file and appellant's unopposed motion to dismiss the appeal, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a). Appellant's motion to dismiss is granted, and the appeal is hereby DISMISSED WITH PREJUDICE. Costs will be taxed against appellant. *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

PER CURIAM

Delivered and filed the 13th
day of February, 2014.

2